GARY M. RESTAINO
United States Attorney
District of Arizona
MARCUS W. SHAND
Assistant U.S. Attorney
Pennsylvania State Bar No. 323052
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Marcus.Shand@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Tiara Arviso,<br><br>    Defendant. | No. CR-23-00515-PHX-JJT (ESW)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about March 9, 2023, in the District of Arizona, the defendant, TIARA ARVISO, knowing and in reckless disregard of the fact that certain aliens, Juan Orduno-Garcia and Juan Luis Velasquez-Mendez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

//

//

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 4, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
MARCUS W. SHAND
Assistant U.S. Attorney